## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUANA SANCHEZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | No. 12-5658 |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant. | : | |

#### ORDER

**PETRESE B. TUCKER, C. J.**

AND NOW, this 21st day of *November,* 2013, upon consideration of Plaintiff's

request for review, and Defendant's response, and after careful review of the Report and

Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is REMANDED to the Commissioner for further review consistent with

the Report and Recommendation.

BY THE COURT:

_Petese B Tucker_

PETRESE B. TUCKER, C. J.
UNITED STATE DISTRICT COURT